IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR269 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN HUERTA-NAVARRETTE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion to withdraw as counsel filed by Jason M. Finch (Filing No. 50). The Court notes the Office of the Federal Public Defender now represents defendant. Accordingly,

IT IS ORDERED that the motion to withdraw as counsel is granted; Jason M. Finch is deemed withdrawn as counsel for defendant.

DATED this 18th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court