IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR269 |
| | ) | 8:13CR295 |
| vs. | ) | |
| | ) | |
| JUAN HUERTA-NAVARRETE | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motions to consolidate cases by defendant Juan Huerta-Navarrete (Huerta-Navarrete) (Filing No. 53 in 8:09CR269 and Filing No. 20 in 8:13CR295). Upon advice from Chief Judge Smith Camp that 8:09CR269 will be reassigned to Chief Judge Smith Camp, the motions to consolidate will be granted,

**IT IS ORDERED:**

1. The motions to consolidate (Filing No. 53 in 8:09CR269 and Filing No. 20 in 8:13CR295) are granted.

2. The final dispositional hearing in 8:09CR269 and the change of plea hearing in 8:13CR295 will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:30 a.m. on October 31, 2013**. Defendant must be present in person.

DATED this 24th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge